**FILED**

12/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0339

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0339

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MICHELE LARA LATTER,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 23, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2022